UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven Staehr and David Stueve,

    Plaintiffs,

v.

Western Capital Resources, Inc., WERCS,
John Quandahl, Mark Houlton, Robert
Moberly, James Mandel, WCR, LLC, and
Blackstreet Capital Partners, II, LP,

    Defendants.

Civil No. 10-1806 (JNE/FLN)
ORDER

This case is before the Court on a Report and Recommendation issued by the Honorable Franklin L. Noel, United States Magistrate Judge, on September 24, 2010. The magistrate judge recommended that Plaintiffs' Motion to Remand be denied. Plaintiffs objected, and Defendants responded. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 28]. Therefore, IT IS ORDERED THAT:

    1.    Plaintiff's Motion to Remand [Docket No. 7] is DENIED.

Dated: October 26, 2010

                                  s/ Joan N. Ericksen
                                  JOAN N. ERICKSEN
                                  United States District Judge