# UNITED STATES DISTRICT COURT
## District of Minnesota

Steven Staehr and David Stueve,

                Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 10-1806 (JNE/FLN)

Western Capital Resource, Inc., WERCS, John Quandahl, Mark Houlton, Robert Moberly, James Mandel, WCR, LLC, and Blackstreet Capital Partners, II, LP,

                Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' motion to dismiss the Amended Complaint Docket No. [46] is GRANTED.  2. This action is DISMISSED without prejudice.

July 6, 2011                        RICHARD D. SLETTEN, CLERK

Date

                                       s/  M. Price

            (By)                    M. Price    Deputy Clerk